# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
ROWE, TIMOTHY R.                    §     Case No. 15-15443 DRC
ROWE, DIANNE M                      §
                                    §
                                    §
           Debtors                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/30/2015 . The undersigned trustee was appointed on 04/30/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $        8,822.06

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 1,298.57 |
   | Bank service fees | 129.98 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 7,393.51 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  10/16/2015  and the deadline for filing governmental claims was  10/16/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,632.21 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,632.21 , for a total compensation of $ 1,632.21 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 5.82 , for total expenses of $ 5.82 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/31/2016                By:/s/GINA B. KROL
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-15443 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | ROWE, TIMOTHY R. | | | | Date Filed (f) or Converted (c): | 04/30/15 (f) |
| | ROWE, DIANNE M | | | | 341(a) Meeting Date: | 06/09/15 |
| For Period Ending: | 08/31/16 | (3rd reporting period for this case) | | | Claims Bar Date: | 10/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1433 BAR HARBOUR ROAD AURORA, IL 60504 | 186,630.00 | 0.00 | | 0.00 | FA |
| 2. Checking BMO Harris | 100.00 | 0.00 | | 0.00 | FA |
|   Checking BMO Harris | | | | | |
| 3. Checking BMO Harris | 100.00 | 0.00 | | 0.00 | FA |
|   Checking BMO Harris | | | | | |
| 4. Checking Citibank | 100.00 | 0.00 | | 0.00 | FA |
|   Checking Citibank | | | | | |
| 5. HOUSEHOLD GOODS | 465.00 | 0.00 | | 0.00 | FA |
|   Couch, chairs, TV, DVD, CD player, clocks, VCR, end tables, coffee table, bird cage, fish tank | | | | | |
| 6. HOUSEHOLD GOODS | 1,150.00 | 0.00 | | 0.00 | FA |
|   Kitchen table and chairs, book cases, armiore, beds, desk, computer | | | | | |
| 7. HOUSEHOLD GOODS | 170.00 | 0.00 | | 0.00 | FA |
|   Microwave, kitchenware, pots and pans, blender, toaster | | | | | |
| 8. BOOKS / COLLECTIBLES | 150.00 | 0.00 | | 0.00 | FA |
|   Cd's, records | | | | | |
| 9. WEARING APPAREL | 195.00 | 0.00 | | 0.00 | FA |
|   Debtor's wearing apparel | | | | | |
| 10. WEARING APPAREL | 195.00 | 0.00 | | 0.00 | FA |
|   Spouses wearing apparel | | | | | |
| 11. FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
|   Costume jewelry | | | | | |
| 12. FURS AND JEWELRY | 3,300.00 | 0.00 | | 0.00 | FA |
|   Wedding band and engagement ring | | | | | |
| 13. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
|   Term life insurance | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 15-15443 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | ROWE, TIMOTHY R. | | | | Date Filed (f) or Converted (c): | 04/30/15 (f) |
| | ROWE, DIANNE M | | | | 341(a) Meeting Date: | 06/09/15 |
| | | | | | Claims Bar Date: | 10/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Term life insurance | | | | | |
| 15. PENSION / PROFIT SHARING | 23,790.00 | 0.00 | | 0.00 | FA |
| 403(b) | | | | | |
| 16. PENSION / PROFIT SHARING | 125.00 | 0.00 | | 0.00 | FA |
| 403(b) | | | | | |
| 17. Inherited IRA | 8,000.00 | 8,822.06 | | 8,822.06 | FA |
| Inherited IRA. Debtors filed amended Sch C | | | | | |
| Debtor Claimed Exemption | | | | | |
| 18. Savings Bonds | 121.84 | 0.00 | | 0.00 | FA |
| 2 savings bond | | | | | |
| 19. TAX REFUND | 520.00 | 0.00 | | 0.00 | FA |
| State Income Tax Refund | | | | | |
| 20. 2002 Saturn SL2 | 2,145.00 | 0.00 | | 0.00 | FA |
| 2002 Saturn SL2 | | | | | |
| 21. 2007 Saturn Aura XE | 4,683.00 | 0.00 | | 0.00 | FA |
| 2007 Saturn Aura XE | | | | | |
| 22. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| Birds | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $232,139.84        $8,822.06        $8,822.06        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                 Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-15443   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | ROWE, TIMOTHY R. | Date Filed (f) or Converted (c):   04/30/15 (f) |
| | ROWE, DIANNE M | 341(a) Meeting Date:   06/09/15 |
| | | Claims Bar Date:   10/16/15 |

Trustee obtained turnover over of $8,000 inherited IRA.

October 08, 2015, 03:12 pm

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

/s/    GINA B. KROL
_____   Date: 08/31/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 15-15443 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ROWE, TIMOTHY R. | | Bank Name: | ASSOCIATED BANK |
| | ROWE, DIANNE M | | Account Number / CD #: | *******7780 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7239 | | | |
| For Period Ending: | 08/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/04/15 | | Timothy R. Rowe | Inherited IRA | | 7,527.70 | | 7,527.70 |
| | | 1433 Bar Harbour Rd. | | | | | |
| | | Aurora, IL 60504 | | | | | |
| | 17 | TIMOTHY R. ROWE | Memo Amount: 8,822.06 | 1129-000 | | | |
| | | | Inherited IRA | | | | |
| | | | Memo Amount: ( 1,294.36 ) | 2810-000 | | | |
| | | | Income Taxes | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.11 | 7,517.59 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.82 | 7,506.77 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.16 | 7,495.61 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 7,484.83 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.13 | 7,473.70 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.11 | 7,462.59 |
| 02/18/16 | 030001 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 4.21 | 7,458.38 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.38 | 7,448.00 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.07 | 7,436.93 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.70 | 7,426.23 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.04 | 7,415.19 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.67 | 7,404.52 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.01 | 7,393.51 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 15-15443 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ROWE, TIMOTHY R. | Bank Name: | ASSOCIATED BANK |
| | ROWE, DIANNE M | Account Number / CD #: | *******7780 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7239 | | |
| For Period Ending: | 08/31/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******7780    Balance Forward        0.00
                1   Deposits            7,527.70        1   Checks              4.21
                0   Interest Postings       0.00       12   Adjustments Out   129.98
Memo Allocation Receipts:       8,822.06                                        0   Transfers Out       0.00
Memo Allocation Disbursements:  1,294.36        Subtotal      $ 7,527.70
                                                                                        Total       $ 134.19
Memo Allocation Net:            7,527.70        0   Adjustments In         0.00
                                                0   Transfers In           0.00

                                                        Total     $ 7,527.70

            /s/    GINA B. KROL
Trustee's Signature: _____   Date: 08/31/16
                GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 19.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 31, 2016 |
|---|---|---|---|---|---|---|

Case Number:  15-15443  
Debtor Name:  ROWE, TIMOTHY R.  
Priority Sequence  
Joint Debtor: ROWE, DIANNE M

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN<br>001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $1,638.03 | $1,638.03 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP, agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $16,579.99 | $16,579.99 |
| 000002<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $14,481.08 | $14,481.08 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $24,336.83 | $24,336.83 |
| 000004<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,006.43 | $1,006.43 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $4.21 | $4.21 |
| | Case Totals: | | | $0.00 | $58,046.57 | $58,046.57 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-15443 DRC
Case Name: ROWE, TIMOTHY R.
　　　　　ROWE, DIANNE M
Trustee Name: GINA B. KROL

　　　　　Balance on hand　　　　　　　　　　　　　　　　　$　　7,393.51

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,632.21 | $ 0.00 | $ 1,632.21 |
| Trustee Expenses: GINA B. KROL | $ 5.82 | $ 0.00 | $ 5.82 |
| Other: ADAMS-LEVINE | $ 4.21 | $ 4.21 | $ 0.00 |

　　Total to be paid for chapter 7 administrative expenses　　　　$　　1,638.03
　　Remaining Balance　　　　　　　　　　　　　　　　　　　$　　5,755.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,404.33  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>by American InfoSource LP, agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 16,579.99 | $ 0.00 | $ 1,691.82 |
| 000002 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 14,481.08 | $ 0.00 | $ 1,477.64 |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 24,336.83 | $ 0.00 | $ 2,483.32 |
| 000004 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,006.43 | $ 0.00 | $ 102.70 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,755.48 |
| | Remaining Balance | | | $ 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE