IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **TIMOTHY ROWE** | ) | No. 15 B 15443 |
| **DIANNE ROWE** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 29, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                        BY:/s/ Gina B. Krol
                                                              Ch 7 Bankruptcy Trustee

Service List:

Capital One Bank USA, NA
By American InfoSource LP, agent
P.O. Box 71083
Charlotte, NC   28272-1083

PYOD, LLC its successors and assigns
as assignee of Citibank, NA
Resurgent Capital Svcs
P.O. Box 19008
Greenville, SC   29602

Capital One, NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

James Sturino
jim@nordinsturino.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov