# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| ROWE, TIMOTHY R. | § | Case No. 15-15443 DRC |
| ROWE, DIANNE M | § § | |
| Debtors | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 157,289.84    Assets Exempt: 66,850.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,755.48    Claims Discharged
Without Payment: 104,764.79

Total Expenses of Administration: 3,066.58

---

3) Total gross receipts of $ 8,822.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,822.06 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 178,208.75 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,066.58 | 3,066.58 | 3,066.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 110,213.77 | 56,404.33 | 56,404.33 | 5,755.48 |
| **TOTAL DISBURSEMENTS** | $ 288,422.52 | $ 59,470.91 | $ 59,470.91 | $ 8,822.06 |

4) This case was originally filed under chapter 7 on 04/30/2015 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2016            By: /s/GINA B. KROL
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inherited IRA | 1129-000 | 8,822.06 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,822.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. PO Box 183040 Columbus, OH 43218 | | 43,997.78 | NA | NA | 0.00 |
| | Ocwen Loan Servicing PO Box 6440 Carol Stream, IL 60197 | | 134,210.97 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 178,208.75** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 1,632.21 | 1,632.21 | 1,632.21 |
| GINA KROL | 2200-000 | NA | 5.82 | 5.82 | 5.82 |
| ADAMS-LEVINE | 2300-000 | NA | 4.21 | 4.21 | 4.21 |
| ASSOCIATED BANK | 2600-000 | NA | 129.98 | 129.98 | 129.98 |
| Income Taxes | 2810-000 | NA | 1,294.36 | 1,294.36 | 1,294.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,066.58 | $ 3,066.58 | $ 3,066.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service Po Box 15153 Wilmington, DE  19886-5153 | | 11,597.53 | NA | NA | 0.00 |
| | Disney Chase Cardmember Service Po Box 15548 Wilmington, DE  19886 | | 8,288.19 | NA | NA | 0.00 |
| | Nelnet Department Of Education Po Box 740283 Atlanta, GA  30374 | | 20,525.22 | NA | NA | 0.00 |
| | Sears Credit Card Po Box 688957 Des Moines, IA 50368-8957 | | 13,705.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 16,369.00 | 16,579.99 | 16,579.99 | 1,691.82 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | 911.00 | 1,006.43 | 1,006.43 | 102.70 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 14,481.00 | 14,481.08 | 14,481.08 | 1,477.64 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 24,336.83 | 24,336.83 | 24,336.83 | 2,483.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 110,213.77 | $ 56,404.33 | $ 56,404.33 | $ 5,755.48 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 15-15443 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ROWE, TIMOTHY R. | Date Filed (f) or Converted (c): | 04/30/15 (f) |
| | ROWE, DIANNE M | 341(a) Meeting Date: | 06/09/15 |
| For Period Ending: | 11/16/16 | Claims Bar Date: | 10/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1433 BAR HARBOUR ROAD AURORA, IL 60504 | 186,630.00 | 0.00 | | 0.00 | FA |
| 2. Checking BMO Harris | 100.00 | 0.00 | | 0.00 | FA |
|     Checking BMO Harris | | | | | |
| 3. Checking BMO Harris | 100.00 | 0.00 | | 0.00 | FA |
|     Checking BMO Harris | | | | | |
| 4. Checking Citibank | 100.00 | 0.00 | | 0.00 | FA |
|     Checking Citibank | | | | | |
| 5. HOUSEHOLD GOODS | 465.00 | 0.00 | | 0.00 | FA |
|     Couch, chairs, TV, DVD, CD player, clocks, VCR, end tables, coffee table, bird cage, fish tank | | | | | |
| 6. HOUSEHOLD GOODS | 1,150.00 | 0.00 | | 0.00 | FA |
|     Kitchen table and chairs, book cases, armiore, beds, desk, computer | | | | | |
| 7. HOUSEHOLD GOODS | 170.00 | 0.00 | | 0.00 | FA |
|     Microwave, kitchenware, pots and pans, blender, toaster | | | | | |
| 8. BOOKS / COLLECTIBLES | 150.00 | 0.00 | | 0.00 | FA |
|     Cd's, records | | | | | |
| 9. WEARING APPAREL | 195.00 | 0.00 | | 0.00 | FA |
|     Debtor's wearing apparel | | | | | |
| 10. WEARING APPAREL | 195.00 | 0.00 | | 0.00 | FA |
|     Spouses wearing apparel | | | | | |
| 11. FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
|     Costume jewelry | | | | | |
| 12. FURS AND JEWELRY | 3,300.00 | 0.00 | | 0.00 | FA |
|     Wedding band and engagement ring | | | | | |
| 13. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
|     Term life insurance | | | | | |

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 15-15443 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | ROWE, TIMOTHY R. | | | Date Filed (f) or Converted (c): | 04/30/15 (f) |
| | ROWE, DIANNE M | | | 341(a) Meeting Date: | 06/09/15 |
| | | | | Claims Bar Date: | 10/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. INSURANCE POLICIES  Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 15. PENSION / PROFIT SHARING  403(b) | 23,790.00 | 0.00 | | 0.00 | FA |
| 16. PENSION / PROFIT SHARING  403(b) | 125.00 | 0.00 | | 0.00 | FA |
| 17. Inherited IRA  Inherited IRA. Debtors filed amended Sch C  Debtor Claimed Exemption | 8,000.00 | 8,822.06 | | 8,822.06 | FA |
| 18. Savings Bonds  2 savings bond | 121.84 | 0.00 | | 0.00 | FA |
| 19. TAX REFUND  State Income Tax Refund | 520.00 | 0.00 | | 0.00 | FA |
| 20. 2002 Saturn SL2  2002 Saturn SL2 | 2,145.00 | 0.00 | | 0.00 | FA |
| 21. 2007 Saturn Aura XE  2007 Saturn Aura XE | 4,683.00 | 0.00 | | 0.00 | FA |
| 22. ANIMALS  Birds | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $232,139.84    $8,822.06    $8,822.06    Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 19.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-15443   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | ROWE, TIMOTHY R. | Date Filed (f) or Converted (c):   04/30/15 (f) |
| | ROWE, DIANNE M | 341(a) Meeting Date:   06/09/15 |
| | | Claims Bar Date:   10/16/15 |

Final hearing is set for 10/21/16
October 11, 2016, 01:45 pm

submitted TFR to US Tee for Review September 02, 2016, 03:11 pm

Trustee obtained turnover over of $8,000 inherited IRA.
October 08, 2015, 03:12 pm

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16


        /s/     GINA B. KROL
_____     Date: 11/16/16
        GINA B. KROL

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-15443 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ROWE, TIMOTHY R. | | Bank Name: | ASSOCIATED BANK |
| | ROWE, DIANNE M | | Account Number / CD #: | *******7780 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7239 | | | |
| For Period Ending: | 11/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/04/15 | | Timothy R. Rowe<br>1433 Bar Harbour Rd.<br>Aurora, IL 60504 | Inherited IRA | | 7,527.70 | | 7,527.70 |
| | 17 | TIMOTHY R. ROWE | Memo Amount:     8,822.06<br>Inherited IRA | 1129-000 | | | |
| | | | Memo Amount:   (  1,294.36 )<br>Income Taxes | 2810-000 | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.11 | 7,517.59 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.82 | 7,506.77 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.16 | 7,495.61 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 7,484.83 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.13 | 7,473.70 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.11 | 7,462.59 |
| 02/18/16 | 030001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 4.21 | 7,458.38 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.38 | 7,448.00 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.07 | 7,436.93 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.70 | 7,426.23 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.04 | 7,415.19 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.67 | 7,404.52 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.01 | 7,393.51 |
| 10/21/16 | 030002 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 1,638.03 | 5,755.48 |
| | | | Fees     1,632.21 | 2100-000 | | | |
| | | | Page Subtotals | | 7,527.70 | 1,772.22 | |

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-15443 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ROWE, TIMOTHY R. | Bank Name: | ASSOCIATED BANK |
| | ROWE, DIANNE M | Account Number / CD #: | *******7780 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7239 | | |
| For Period Ending: | 11/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Expenses      5.82 | 2200-000 | | | |
| 10/21/16 | 030003 | Capital One Bank (USA), N.A.<br>by American InfoSource LP, agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution<br>(1-1) modified name (cch) 8-9-2015 | 7100-000 | | 1,691.82 | 4,063.66 |
| 10/21/16 | 030004 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-000 | | 1,477.64 | 2,586.02 |
| 10/21/16 | 030005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-000 | | 2,483.32 | 102.70 |
| 10/21/16 | 030006 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 102.70 | 0.00 |

Page Subtotals      0.00      5,755.48

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-15443 -DRC |
| Case Name: | ROWE, TIMOTHY R. |
| | ROWE, DIANNE M |
| Taxpayer ID No: | *******7239 |
| For Period Ending: | 11/16/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7780  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 8,822.06 | COLUMN TOTALS | 7,527.70 | 7,527.70 | 0.00 |
| Memo Allocation Disbursements: | 1,294.36 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 7,527.70 | 7,527.70 | |
| Memo Allocation Net: | 7,527.70 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 7,527.70 | 7,527.70 | |
| Total Allocation Receipts: | 8,822.06 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 1,294.36 | Checking Account (Non-Interest Earn - *******7780 | 7,527.70 | 7,527.70 | 0.00 |
| Total Memo Allocation Net: | 7,527.70 | | 7,527.70 | 7,527.70 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*